# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134052

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACQUELINE SUE COLE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134052
COA: 272559
Lenawee CC: 04-011167-FH

_____/

      On order of the Court, the application for leave to appeal the April 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

s0830

Clerk